# SORTED BY NAME OF PURCHASER

|    | A | B | C | D | E | F | G | H |
|----|---|---|---|---|---|---|---|---|
| 1 | Name | Date | FFL | Make | Model | Caliber | Serial Number | |
| 2 | AL HERZ, Adam | 1/23/2014 | 2nd Amendment | Magnum Research | Desert Eagle | .357 | DK0013493 | |
| 3 | AL HERZ, Adam | 5/20/2014 | Coralville Scheels | Magnum Research | Desert Eagle | .50 | DK0016128 | |
| 4 | AL HERZ, Adam | 5/23/2014 | 2nd Amendment | MPA | Defender | 9mm | F20370 | |
| 5 | AL HERZ, Adam | 6/10/2014 | Tactical Creations | FN | PS90 | 5.7mm | FB090444 | |
| 6 | AL HERZ, Adam | 6/11/2014 | Tactical Creations | IWI | Baby Desert Eagle | 9mm | 43371977 | |
| 7 | AL HERZ, Adam | 6/12/2014 | 2nd Amendment | IWI | Baby Desert Eagle | 9mm | 44352841 | |
| 8 | AL HERZ, Adam | 6/13/2014 | Gander Mountain | Magnum Research | Baby Desert Eagle | 9mm | 44350822 | |
| 9 | AL HERZ, Adam | 6/26/2014 | Coralville Scheels | Glock | 19 | 9mm | XGY235 | |
| 10 | AL HERZ, Adam | 6/26/2014 | Ammo Bearer | Smith & Wesson | Bodyguard | .380 | KBR0435 | |
| 11 | AL HERZ, Adam | 6/27/2014 | Gander Mountain | Sig Sauer | P238 | .380 | 27B019160 | |
| 12 | AL HERZ, Adam | 7/2/2014 | Coralville Scheels | Magnum Research | Baby Desert Eagle | 9mm | 44352438 | |
| 13 | AL HERZ, Adam | 7/2/2014 | Ammo Bearer | Magnum Research | Baby Desert Eagle | 9mm | 44352612 | |
| 14 | AL HERZ, Adam | 7/7/2014 | Marion Guns & Gold | Smith & Wesson | SD9VE | 9mm | HEY0125 | |
| 15 | AL HERZ, Adam | 7/8/2014 | Ammo Bearer | Smith & Wesson | Bodyguard | .380 | KBW7256 | |
| 16 | AL HERZ, Adam | 7/15/2014 | Fin & Feather | Glock | 42 | .380 | AAUM130 | |
| 17 | AL HERZ, Adam | 7/18/2014 | Sieh Guns | Smith & Wesson | Bodyguard | .38 | CWF8218 | Waverly Gun Show |
| 18 | AL HERZ, Adam | 7/18/2014 | Boswells Guns & Ammo | Smith & Wesson | Bodyguard | .38 | CVL7457 | Waverly Gun Show |
| 19 | AL HERZ, Adam | 7/18/2014 | B&B Firearms | Smith & Wesson | Bodyguard | .380 | ECF1909 | Waverly Gun Show |
| 20 | AL HERZ, Adam | 12/18/2014 | Coralville Scheels | Glock | 19 | 9mm | YGZ597 | |
| 21 | AL HERZ, Adam | 12/18/2014 | Gabe's Gun Shop | Glock | 19 | 9mm | YCY365 | |
| 22 | AL HERZ, Adam | 12/18/2014 | Gabe's Gun Shop | FNH | PS90 | 5.7mm | FN096118 | |
| 23 | AL HERZ, Adam | 12/23/2014 | Fin & Feather | Glock | 42 | .380 | AAVY498 | |
| 24 | AL HERZ, Adam | 12/30/2014 | 2nd Amendment | Magnum Research | Desert Eagle | .50 | DK0016477 | |
| 25 | AL HERZ, Adam | 1/8/2015 | Coralville Scheels | Magnum Research | Desert Eagle | .50 | DK0021145 | |
| 26 | AL HERZ, Adam | 1/8/2015 | Ammo Bearer | Magnum Research | Desert Eagle | .50 | DK0021675 | |
| 27 | AL HERZ, Adam | 1/8/2015 | Gabe's Gun Shop | Chippa | Rhino 60DS | .357 | 14A54627 | |
| 28 | AL HERZ, Adam | 1/20/2015 | Cedar Valley Outfitters | Glock | 19 | 9mm | AAMN311 | |
| 29 | AL HERZ, Adam | 1/20/2015 | Midwest Shooting | Sig Sauer | 1911 | .45 | 54B066437 | |
| 30 | AL HERZ, Adam | 1/27/2015 | 2nd Amendment | Sig Sauer | P229 Elite | 9mm | 55B028234 | |
| 31 | AL HERZ, Adam | 1/28/2015 | RJN | Glock | 42 | .380 | ABAT623 | |
| 32 | AL HERZ, Adam | 1/30/2015 | Midwest Shooting | Glock | 19 | 9mm | YRP816 | |
| 33 | AL HERZ, Adam | 1/30/2015 | Midwest Shooting | Glock | 19 | 9mm | YRP817 | |
| 34 | AL HERZ, Adam | 1/30/2015 | Cedar Valley Outfitters | Glock | 42 | .380 | ABBM246 | |
| 35 | AL HERZ, Adam | 2/6/2015 | Cedar Valley Outfitters | Sig Sauer | 716 | .308 | 22G008374 | |
| 36 | AL HERZ, Adam | 2/7/2015 | Ammo Bearer | Glock | 17 | 9mm | 2014LAV | |

GOVERNMENT
EXHIBIT
2
17-CR-11

1

# SORTED BY NAME OF PURCHASER

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 37 | AL HERZ, Adam | 2/7/2015 | Coralville Scheels | Smith & Wesson | Body Guard | .380 | KDW0181 | |
| 38 | AL HERZ, Adam | 2/7/2015 | Coralville Scheels | Smith & Wesson | Bodyguard | .380 | KBW0181 | |
| 39 | AL HERZ, Adam | 2/7/2015 | Fin & Feather | Beretta | PX4 Storm | 9mm | PZ20450 | |
| 40 | AL HERZ, Adam | 2/11/2015 | Ammo Bearer | Glock | 19 | 9mm | YTB744 | |
| 41 | AL HERZ, Adam | 2/13/2015 | Gander Mountain | Sig Sauer | P290RS | 9mm | 26C028402 | |
| 42 | AL HERZ, Adam | 2/17/2015 | Sports Outfitters | Glock | 19 | 9mm | VVC769 | |
| 43 | AL HERZ, Adam | 2/17/2015 | Gabe's Gun Shop | Beretta | Nano | 9mm | NU060804 | |
| 44 | AL HERZ, Adam | 2/18/2015 | Fin & Feather | Beretta | Nano | 9mm | NU046183 | |
| 45 | AL HERZ, Adam | 2/19/2015 | Cedar Falls Scheels | Glock | 19 | 9mm | YRN014 | |
| 46 | AL HERZ, Adam | 2/19/2015 | Tactical Creations | Beretta | Pico | .380 | PC008875 | |
| 47 | AL HERZ, Adam | 2/20/2015 | Gander Mountain | Beretta | 92FS | 9mm | A049519Z | |
| 48 | AL HERZ, Adam | 2/20/2015 | Cedar Valley Outfitters | HK | VP9 | 9mm | 224-040785 | |
| 49 | AL HERZ, Adam | 2/26/2015 | Gabe's Gun Shop | Magnum Research | Baby Desert Eagle | 9mm | 43366855 | |
| 50 | AL HERZ, Adam | 2/26/2015 | West Des Moines Scheels | Smith & Wesson | Body Guard | .38 | CVV1469 | |
| 51 | AL HERZ, Adam | 2/26/2015 | Jack Smith Gun Sales | FNH | FNS-9 | 9mm | GKU0046452 | |
| 52 | AL HERZ, Adam | 2/26/2015 | Tactical Creations | Sig Sauer | P290RS | 9mm | 26C046757 | |
| 53 | AL HERZ, Adam | 2/26/2015 | Tactical Creations | FNH | PS90 | 5.7mm | FN097041 | |
| 54 | AL HERZ, Adam | 2/27/2015 | Tactical Creations | Beretta | PX4 Storm | 9mm | PX103042 | |
| 55 | AL HERZ, Adam | 2/27/2015 | Cedar Valley Outfitters | Smith & Wesson | SW99 | 9mm | SAA7029 | |
| 56 | AL HERZ, Adam | 2/28/2015 | B&B Firearms | Glock | 17 | 9mm | VKH325 | Waterloo Gun Show |
| 57 | AL HERZ, Adam | 2/28/2015 | America's 2nd Amendment | Glock | 42 | .380 | ABCC351 | |
| 58 | AL HERZ, Adam | 2/28/2015 | Boswells Guns & Ammo | Smith & Wesson | Bodyguard | .380 | KBW7965 | Waterloo Gun Show |
| 59 | AL HERZ, Adam | 2/28/2015 | Ken's Gun Shop | Smith & Wesson | Bodyguard | .380 | KAN5786 | Waterloo Gun Show |
| 60 | AL HERZ, Adam | 2/28/2015 | Ken's Gun Shop | Smith & Wesson | M&P 15 Sport | 5.56mm | SV58508 | Waterloo Gun Show |
| 61 | AL HERZ, Adam | 2/28/2015 | Sieh Guns | Sig Sauer | P290 | 9mm | 26C041719 | Waterloo Gun Show |
| 62 | AL HERZ, Adam | 3/1/2015 | AL SAFI, Saif | Sig Sauer | MK25 | 9mm | UU765276 | |
| 63 | AL HERZ, Adam | 3/5/2015 | Fin & Feather | Magnum Research | Baby Desert Eagle | 9mm | 43366922 | |
| 64 | HERZ, Ali | 12/18/2013 | Sports Outfitters | Kimber | Custom Aegis II | 9mm | KF20579 | |
| 65 | HERZ, Ali | 12/18/2013 | Sports Outfitters | Ruger | SR1911 | .45 | 671-05659 | |
| 66 | HERZ, Ali | 12/18/2013 | Sports Outfitters | Smith & Wesson | SW1911CT | .45 | UCV3609 | |
| 67 | HERZ, Ali | 12/27/2013 | Sieh Guns | FNH | FNS-40 | .40 | GKU0038558 | Gun Show Friday |
| 68 | HERZ, Ali | 12/27/2013 | Sieh Guns | FNH | FNX-45 | .45 | FX3U023574 | Gun Show Friday |
| 69 | HERZ, Ali | 12/27/2013 | Sieh Guns | Masterpiece Arms | MPA30T | 9mm | B14400 | Gun Show Friday |
| 70 | HERZ, Ali | 12/27/2013 | Sieh Guns | Ruger | P85 | 9mm | 301-45612 | Gun Show Friday |
| 71 | HERZ, Ali | 12/27/2013 | Sieh Guns | Beretta | PX4 Storm | 9mm | PX1447P | Gun Show Friday |
| 72 | HERZ, Ali | 1/17/2014 | Ammo Bearer | Beretta | M9 | 9mm | M9-158690 | |
| 73 | HERZ, Ali | 1/18/2014 | 2nd Amendment | Magnum Research | Desert Eagle | .44 | DK0015043 | |

2

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 74 | HERZ, Ali | 1/24/2014 | Ammo Bearer | Magnum Research | Desert Eagle | .357 | DK0014156 | |
| 75 | HERZ, Ali | 7/3/2014 | Tactical Creations | Glock | 19 | 9mm | XBHOB | |
| 76 | HERZ, Ali | 7/3/2014 | Cedar Falls Scheels | Glock | 26 | 9mm | WVF813 | |
| 77 | HERZ, Ali | 7/3/2014 | Tactical Creations | Norinco | SKS | 7.62x39n | 9204601 | |
| 78 | HERZ, Ali | 7/5/2014 | Gander Mountain | Glock · | 19 | 9mm | XGW537 | |
| 79 | HERZ, Ali | 7/6/2014 | Fin & Feather | Sig Sauer | 2022 | 9mm | 246198692 | |
| 80 | HERZ, Ali | 7/6/2014 | Coralville Scheels | Magnum Research | Desert Eagle | .50 | DE0003942 | |
| 81 | HERZ, Ali | 7/7/2014 | Marion Guns & Gold | Glock | 19 | 9mm | WNM686 | |
| 82 | HERZ, Ali | 7/8/2014 | Ammo Bearer | Beretta | 84 | .380 | B26151Y | |
| 83 | HERZ, Ali | 7/9/2014 | 2nd Amendment | Smith & Wesson | Bodyguard | .380 | EBX7498 | |
| 84 | HERZ, Ali | 7/14/2014 | Cedar Falls Scheels | Magnum Research | DE II | 9mm | 43371894 | |
| 85 | HERZ, Ali | 7/14/2014 | Tactical Creations | IWI | Desert Eagle | 9mm | 43366838 | |
| 86 | HERZ, Ali | 7/14/2014 | Tactical Creations | FN | PS90 | 5.7mm | FN092693 | |
| 87 | HERZ, Ali | 7/18/2014 | Sieh Guns | Glock | 42 | .380 | AAVE530 | Waverly Gun Show |
| 88 | HERZ, Ali | 7/18/2014 | Boswells Guns & Ammo | Sig Sauer | P938 | 9mm | 52B007634 | Waverly Gun Show |
| 89 | HERZ, Ali | 7/24/2014 | 2nd Amendment | MPA | Defender | 9mm | F2158U | |
| 90 | HERZ, Ali | 1/8/2015 | Coralville Scheels | Beretta | 92FS | 9mm | A030417Z | |
| 91 | HERZ, Ali | 1/8/2015 | Gabe's Gun Shop | Beretta | 92FS | 9mm | BER685358 | |
| 92 | HERZ, Ali | 1/8/2015 | Ammo Bearer. | FNH | FNS-9 | 9mm | GKU0071074 | |
| 93 | HERZ, Ali | 1/8/2015 | Gabe's Gun Shop | FNH | PS90 | 5.7mm | FN096117 | |
| 94 | HERZ, Ali | 1/20/2015 | Cedar Valley Outfitters | Smith & Wesson | 642 | .38 | CXB5070 | |
| 95 | HERZ, Ali | 1/20/2015 | Midwest Shooting | Sig Sauer | 1911 | .45 | 54B076326 | |
| 96 | HERZ, Ali | 1/23/2015 | America's 2nd Amendment | Glock | 26 | 9mm | XKY812 | |
| 97 | HERZ, Ali | 1/28/2015 | Cedar Valley Outfitters | Chippa | 60DS | .357 | RH16769 | |
| 98 | HERZ, Ali | 1/28/2015 | 2nd Amendment | FNH | PS90 | 5.7mm | FN095811 | |
| 99 | HERZ, Ali | 1/30/2015 | Midwest Shooting | Sig Sauer | P290 | 9mm | 26C028066 | |
| 100 | HERZ, Ali | 2/6/2015 | Cedar Valley Outfitters | Glock | 19 | 9mm | YCS113 | |
| 101 | HERZ, Ali | 2/6/2015 | Cedar Valley Outfitters | Sig Sauer | 716 | .308 | 22G008381 | |
| 102 | HERZ, Ali | 2/7/2015 | Ammo Bearer | Glock | 42 | .380 | ABCD272 | |
| 103 | HERZ, Ali | 2/7/2015 | Fin & Feather | Smith & Wesson | Bodyguard | .380 | KBW1388 | |
| 104 | HERZ, Ali | 2/7/2015 | Coralville Scheels | Beretta | PX4 Storm | 9mm | PX170207 | |
| 105 | HERZ, Ali | 2/11/2015 | Ammo Bearer | Glock | 19 | 9mm | YTB743 | |
| 106 | HERZ, Ali | 2/11/2015 | Sports Outfitters | Glock | 19 | 9mm | VVC768 | |
| 107 | HERZ, Ali | 2/11/2015 | Ammo Bearer | FNH | PS90 | 5.7mm | FN096887 | |
| 108 | HERZ, Ali | 2/11/2015 | Gander Mountain | Beretta | PX4 Storm | 9mm | PX04658 | |
| 109 | HERZ, Ali | 2/18/2015 | Fin & Feather | Magnum Research | Baby Desert Eagle | 9mm | 43369775 | |
| 110 | HERZ, Ali | 2/18/2015 | Fin & Feather | IWI | Desert Eagle | 9mm | 43369776 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 111 | HERZ, Ali | 2/19/2015 | Tactical Creations | FN | Five Seven | 5.7mm | 386278673 | |
| 112 | HERZ, Ali | 2/19/2015 | Cedar Falls Scheels | Sig Sauer | P320 | 9mm | 58B015276 | |
| 113 | HERZ, Ali | 2/20/2015 | Marion Guns & Gold | Glock | 17 | 9mm | ISP5243 | |
| 114 | HERZ, Ali | 2/20/2015 | Cedar Valley Outfitters | Smith & Wesson | M&P Shield | 9mm | HVJ2129 | |
| 115 | HERZ, Ali | 2/21/2015 | Sports Outfitters | Beretta | PX4 | 9mm | PZ514091 | |
| 116 | HERZ, Ali | 2/21/2015 | Gander Mountain | HK | VP9 | 9mm | 224-030690 | |
| 117 | HERZ, Ali | 2/24/2015 | 2nd Amendment | Smith & Wesson | MP40C | .40 | HPL9985 | |
| 118 | HERZ, Ali | 2/26/2015 | West Des Moines Scheels | Glock | 19 | 9mm | YRN953 | |
| 119 | HERZ, Ali | 2/26/2015 | Gabe's Gun Shop | Sig Sauer | 226 | 9mm | U843476 | |
| 120 | HERZ, Ali | 2/26/2015 | Jack Smith Gun Sales | FNH | FNS-9 | 9mm | GKU0049644 | |
| 121 | HERZ, Ali | 2/27/2015 | America's 2nd Amendment | Glock | 19 | 9mm | YTH278 | |
| 122 | HERZ, Ali | 2/28/2015 | Midwest Shooting | Smith & Wesson | Body Guard | .380 | EAN9902 | |
| 123 | HERZ, Ali | 2/28/2015 | B&B Firearms | Smith & Wesson | Bodyguard | .380 | KBY4800 | Waterloo Gun Show |
| 124 | HERZ, Ali | 2/28/2015 | Ken's Gun Shop | Smith & Wesson | Bodyguard | .380 | ECD4280 | Waterloo Gun Show |
| 125 | HERZ, Ali | 2/28/2015 | Boswells Guns & Ammo | FNH | FNS-9 | 9mm | GKU0010143 | Waterloo Gun Show |
| 126 | HERZ, Ali | 2/28/2015 | Ken's Gun Shop | Smith & Wesson | M&P 15 Sport | 5.56mm | SV58962 | Waterloo Gun Show |
| 127 | HERZ, Ali | 2/28/2015 | T Bear | Sig Sauer | P229 | 9mm | AKU23220 | Waterloo Gun Show |
| 128 | HERZ, Ali | 2/28/2015 | Sieh Guns | Sig Sauer | P229 | 9mm | AJU27496 | Waterloo Gun Show |
| 129 | HERZ, Ali | 3/1/2015 | AL SAFI, Saif | Beretta | 92FS | 9mm | M7210Z | |
| 130 | HERZ, Ali | 3/4/2015 | Cedar Valley Outfitters | Magnum Research | Desert Eagle | .50 | DK0022789 | |
| 131 | HERZ, Ali | 3/5/2015 | Fin & Feather | Glock | 19 | 9mm | AARV506 | |
| 132 | HERZ, Ali | 3/10/2015 | 2nd Amendment | FNH | Five Seven | 5.7mm | 386277104 | |
| 133 | HERZ, Ali | 3/12/2015 | Tactical Creations | IWI | Desert Eagle | 9mm | 44328050 | |
| 134 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU75929 | |
| 135 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU73327 | |
| 136 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU73328 | |
| 137 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU73325 | |
| 138 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU73324 | |
| 139 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU73128 | |
| 140 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU69989 | |
| 141 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU73308 | |
| 142 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU73315 | |
| 143 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU73119 | |
| 144 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU75151 | |
| 145 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU75337 | |
| 146 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU75942 | |
| 147 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU75945 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 148 | HERZ, Ali | 3/12/2015 | Tactical Creations | Smith & Wesson | M&P 15 | 5.56mm | SU75946 | |
| 149 | HERZ, Ali | Est 3/15/15 | AL SAFI, Saif | Uberti | Outlaw 1875 | .45 LC | U24378 | |
| 150 | HERZ, Bassem | 12/19/2013 | Gander Mountain | Beretta | 92FS | 9 | K99600Z | |
| 151 | HERZ, Bassem | 12/19/2013 | Gander Mountain | Taurus | PT92AR | 9mm | TGP62309 | |
| 152 | HERZ, Bassem | 12/19/2013 | Gander Mountain | Beretta | PX4 Storm | 9mm | PZ6784B | |
| 153 | HERZ, Bassem | 12/19/2013 | Gander Mountain | Ruger | SR1911 | .45 | 670-92723 | |
| 154 | HERZ, Bassem | 12/19/2013 | Gander Mountain | Kimber | Ultra Carry II | .45 | KGMU5968 | |
| 155 | HERZ, Bassem | 12/27/2013 | Gabe's Gun Shop | Kimber | Aegis II | 9mm | KF22837 | Gun Show Friday |
| 156 | HERZ, Bassem | 12/27/2013 | Gabe's Gun Shop | Kimber | Eclipse | .45 | K268065 | Gun Show Friday |
| 157 | HERZ, Bassem | 12/27/2013 | Gabe's Gun Shop | Sig Sauer | P226 X-Five | 9mm | U902034 | Gun Show Friday |
| 158 | HERZ, Bassem | 12/27/2013 | Gabe's Gun Shop | Kimber | | 9mm | KF25726 | Gun Show Friday |
| 159 | HERZ, Bassem | 1/18/2014 | 2nd Amendment | Magnum Research | Desert Eagle | .357 | DK0013776 | |
| 160 | HERZ, Bassem | 1/24/2014 | Ammo Bearer | Magnum Research | Desert Eagle | .357 | DK0014134 | |
| 161 | HERZ, Bassem | 4/26/2014 | Coralville Scheels | Glock | 19 | 9mm | WHH451 | |
| 162 | HERZ, Bassem | 6/26/2014 | Ammo Bearer | Smith & Wesson | Bodyguard | .380 | KBD1943 | |
| 163 | HERZ, Bassem | 6/27/2014 | Gander Mountain | Smith & Wesson | Body Guard | .38 | CVP4731 | |
| 164 | HERZ, Bassem | 7/2/2014 | Coralville Scheels | Magnum Research | Baby Desert Eagle | 9mm | 44352753 | |
| 165 | HERZ, Bassem | 7/2/2014 | Ammo Bearer | Magnum Research | Baby Desert Eagle | 9mm | 44352713 | |
| 166 | HERZ, Bassem | 7/3/2014 | Cedar Falls Scheels | Glock | 19 | 9mm | XGU530 | |
| 167 | HERZ, Bassem | 7/3/2014 | Tactical Creations | Glock | 26 | 9mm | XDB719 | Yes |
| 168 | HERZ, Bassem | 7/6/2014 | Fin & Feather | Smith & Wesson | Bodyguard | .380 | KBW1384 | |
| 169 | HERZ, Bassem | 7/7/2014 | Marion Guns & Gold | Magnum Research | Desert Eagle | .50 | DE0003417 | |
| 170 | HERZ, Bassem | 7/14/2014 | Cedar Falls Scheels | Magnum Research | DE II | 9mm | 43369044 | |
| 171 | HERZ, Bassem | 7/14/2014 | Tactical Creations | IWI | Desert Eagle | 9mm | 43372225 | Yes |
| 172 | HERZ, Bassem | 7/14/2014 | Tactical Creations | FN | PS90 | 5.7mm | FN092652 | Yes |
| 173 | HERZ, Bassem | 7/18/2014 | Sieh Guns | Glock | 42 | .380 | AAUY173 | Waverly Gun Show |
| 174 | HERZ, Bassem | 7/18/2014 | B&B Firearms | Glock | 42 | .380 | AATA658 | Waverly Gun Show |
| 175 | HERZ, Bassem | 7/18/2014 | Boswells Guns & Ammo | Smith & Wesson | M&P Shield | 9mm | HSB7605 | Waverly Gun Show |
| 176 | HERZ, Bassem | 12/5/2014 | HUNTER, Lowell | Taurus | 911 | 9mm | TDR31710 | |
| 177 | HERZ, Bassem | 12/5/2014 | Stavens, Aaron | Sig Sauer | P938 | 9mm | 52A038306 | |
| 178 | HERZ, Bassem | 12/5/2014 | TJ's Gun Passion | Smith & Wesson | PC1911 | .45 | UCX9691 | |
| 179 | HERZ, Bassem | 12/6/2014 | Travis MCCOMB | Glock | 36 | .45 | MGH006 | Date Estimated |
| 180 | HERZ, Bassem | 12/16/2014 | Chastye ONTIVEROS | Glock | 19 | 9mm | VRU285 | |
| 181 | HERZ, Bassem | 12/18/2014 | Gabe's Gun Shop | Glock | 42 | .380 | ABAG925 | |
| 182 | HERZ, Bassem | 12/18/2014 | Coralville Scheels | Sig Sauer | P226 | 9mm | 47A050973 | |
| 183 | HERZ, Bassem | 12/23/2014 | 2nd Amendment | Magnum Research | Desert Eagle | .50 | DK0021687 | |
| 184 | HERZ, Bassem | 12/30/2014 | Gabe's Gun Shop | Magnum Research | Desert Eagle | .50 | DK0021145 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 185 | HERZ, Bassem | 12/30/2014 | Gabe's Gun Shop | FNH | PS90 | 5.7mm | FN096150 | |
| 186 | HERZ, Bassem | 1/30/2015 | Cedar Valley Outfitters | FNH | FNP-9 | 9mm | 61BMN05585 | Yes |
| 187 | HERZ, Bassem | 1/30/2015 | Midwest Shooting | Sig Sauer | P320 | 9mm | 58A01019 | Yes |
| 188 | HERZ, Bassem | 2/6/2015 | Tactical Creations | Sig Sauer | 320c | 9mm | 58A03614 | Yes |
| 189 | HERZ, Bassem | 2/6/2015 | Boswells Guns & Ammo | Masterpiece Arms | Defender | 9mm | F22384 | Cedar Rapids Gun Show |
| 190 | HERZ, Bassem | 2/6/2015 | Steve's Gun Shop | Beretta | Nano | 9mm | BU060349 | Cedar Rapids Gun Show |
| 191 | HERZ, Bassem | 2/6/2015 | L&R Arms Exchange | FNH | PS90 | 5.7mm | FN089173 | Cedar Rapids Gun Show |
| 192 | HERZ, Bassem | 2/6/2015 | L&R Arms Exchange | Chiappa | Rhino | .357 | RH10142 | Cedar Rapids Gun Show |
| 193 | HERZ, Bassem | 2/8/2015 | Gabe's Gun Shop | Beretta | 92 Compact | 9mm | BER700274 | Gunshow-CR Sunday |
| 194 | HERZ, Bassem | 2/8/2015 | Hunting and Shooting Supply | Sig Sauer | P238 | .380 | 27B110099 | |
| 195 | HERZ, Bassem | 2/9/2015 | Cedar Valley Outfitters | Sig Sauer | 716 | .308 | 22G008961 | |
| 196 | HERZ, Bassem | 2/9/2015 | Cedar Valley Outfitters | Chippa | Rhino | .357 | RH16684 | |
| 197 | HERZ, Bassem | 2/10/2015 | Gander Mountain | Sig Sauer | 716 | .308 | 22C019129 | |
| 198 | HERZ, Bassem | 2/10/2015 | Gander Mountain | Smith & Wesson | BG380 | .380 | KBY5184 | |
| 199 | HERZ, Bassem | 2/14/2015 | Cedar Falls Scheels | Glock | 19 | 9mm | YRN111 | |
| 200 | HERZ, Bassem | 2/14/2015 | Duee's Pawn | Beretta | 96FS | .40 | BER575180 | |
| 201 | HERZ, Bassem | 2/23/2015 | Cedar Valley Outfitters | Glock | 19 | 9mm | YTG099 | |
| 202 | HERZ, Bassem | 2/24/2015 | GRESS, Cory | Sig Sauer | Scorpion 1911 | .45 | 54B049130 | |
| 203 | HERZ, Bassem | 2/25/2015 | Sports Outfitters | Glock | 19 | 9mm | VVE997 | |
| 204 | HERZ, Bassem | 2/25/2015 | Gander Mountain | Sig Sauer | P250 | 9mm | EAK194692 | |
| 205 | HERZ, Bassem | 8/2/2015 | Sieh Guns | Sig Sauer | P290 | 9mm | 26C041759 | Cedar Rapids Gun Show |
| 206 | ZEAITER, Sarah | 6/28/2014 | Gander Mountain | Sig Sauer | P238 | .380 | 27B019165 | |
| 207 | ZEAITER, Sarah | 7/6/2014 | Fin & Feather | Smith & Wesson | Bodyguard | .380 | KBW5694 | |
| 208 | ZEAITER, Sarah | 7/14/2014 | Cedar Falls Scheels | Magnum Research | DE II | 9mm | 43372160 | |
| 209 | ZEAITER, Sarah | 7/14/2014 | Tactical Creations | IWI | Desert Eagle | 9mm | 43372136 | |
| 210 | ZEAITER, Sarah | 7/14/2014 | Tactical Creations | FN | PS90 | 5.7mm | FN092285 | |
| 211 | ZEAITER, Sarah | 7/18/2014 | Sieh Guns | Glock | 42 | .380 | AAUE855 | Waverly Gun Show |
| 212 | ZEAITER, Sarah | 7/18/2014 | Boswells Guns & Ammo | Smith & Wesson | Bodyguard | .38 | CVL4685 | Waverly Gun Show |
| 213 | ZEAITER, Sarah | 2/14/2015 | Duee's Pawn | Sig Sauer | P238 | .380 | 27B013818 | |
| 214 | ZEAITER, Sarah | 2/23/2015 | Marion Guns & Gold | Glock | 19 | 9mm | VVC765 | |
| 215 | ZEAITER, Sarah | 2/23/2015 | Cedar Valley Outfitters | Beretta | Pico | .380 | PC007219 | |
| 216 | ZEAITER, Sarah | 2/24/2015 | Tactical Creations | FNH | Five Seven | 5.7mm | 386278210 | |
| 217 | ZEAITER, Sarah | 2/25/2015 | Gander Mountain | Smith & Wesson | Bodyguard | .38 | CWR9629 | |
| 218 | ZEAITER, Sarah | 2/25/2015 | Sports Outfitters | Taurus | PT738 TCP | .380 | 90805D | |