

# U.S. Citizenship and Immigration Services
## Language Services Section

26 Federal Plaza, Room 506
New York, NY 10278
Tel: (212) 264-6831
Fax: (212) 264-2622

## CERTIFICATE OF TRANSLATION

I, OmarAl, am competent to translate from Arabic into English, and certify that the ☒ full / ☐ summary translation of the attached document is true and accurate to the best of my abilities.

Translation Number: 371642

A Number: N/A

OmarAl
(Signature of Translator)

May 15, 2015
(Date)

GOVERNMENT EXHIBIT 3
17-CR-11

PENGAD-Bayonne, N. J.




U.S. Citizenship and Immigration Services
Language Services Section
26 Federal Plaza, Room 506
New York, NY 10278
Tel: (212) 264-6831
Fax: (212) 264-2622

# CERTIFICATE OF TRANSLATION

I, Ahmed Srour, am competent to translate from Arabic into English, and certify that the full translation of the attached document is true and accurate to the best of my abilities.

Translation Number: LSS T# 371642

(Signature of Translator)

May 14, 2015
(Date)





# U.S. Citizenship and Immigration Services
## Language Services Section

26 Federal Plaza, Room 506
New York, NY 10278
Tel: (212) 264-6831
Fax: (212) 264-2622


## CERTIFICATE OF TRANSLATION

I, DENISE NASSAR, am competent to translate from Arabic into English, and certify that the ☒ full / ☐ summary translation of the attached document is true and accurate to the best of my abilities.

Translation Number: 371642

A Number: N/A

(Signature of Translator)

May 14, 2015
(Date)

**Deleted** false
**Body** Dude wake up

**Recipients** Abdul Abdi (1183500716)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-01-16 19:07:14 UTC
**Deleted** false
**Body** Hey the guy called from aurrora

**Recipients** Abdul Abdi (1183500716)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-01-22 23:26:44 UTC
**Deleted** false
**Body** Whatsup bro

**Recipients** Abdul Abdi (1183500716)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-01-22 23:26:49 UTC
**Deleted** false
**Body** What did u do today

**Recipients** Bassem Herz (71804612)
Abdul Abdi (1183500716)
**Author** Abdul Abdi (1183500716)
**Sent** 2015-03-19 08:46:46 UTC
**IP** 216.161.203.238
**Call Record** **Type** phone
**Missed** true

(mid.1405432230866:98d918aafb6edf1f48)
**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-15 13:50:30 UTC
**IP** 92.62.163.11
**Deleted** false
**Body** Walaaaaw *Come on*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-15 13:51:04 UTC
**IP** 92.62.163.11
**Deleted** false
**Body** Call me bass fek *Call me when you can*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-18 06:11:52 UTC
**Deleted** false
**Body** Salam *Greetings*

**Recipients**
AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-18 06:12:16 UTC
**Deleted** false
**Body** Habibi ya khayeee keefak wala ma kent mentebeh
*My dear and my brother how are you by God I wasn't paying any attention*
**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-18 06:12:29 UTC
**Deleted** false
**Body** Tamene 3annak sho akhbarak
*Put my mind at ease what's up with you*
**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-18 17:28:11 UTC
**Deleted** false
**Body** Habibe *My dear*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-18 17:28:32 UTC
**Deleted** false
**Body** Mchta2laak *I miss you*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-18 17:56:45 UTC
**Deleted** false
**Body** Hala ne7na bel aktar *Hi we miss you even more*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-18 17:56:53 UTC
**Deleted** false
**Body** Sho l akhbar *What's up?*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-19 13:08:14 UTC
**Deleted** false
**Body** Wallaah kelo tamem *By God all is well*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:52:57 UTC
**Deleted** false
**Body** سلام *Greetings*

**Recipients** Bassem Herz (71804612)

AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:53:05 UTC
**Deleted** false
**Body** ريس *Boss*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:53:56 UTC
**Deleted** false
**Body** كيفك والله مشتقلك *How are you by God I miss you*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-24 23:54:20 UTC
**Deleted** false
**Body** حبيبي *My dear*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:54:22 UTC
**Deleted** false
**Body** شريك كيف احكيك *Partner how do I call you*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-24 23:54:34 UTC
**Deleted** false
**Body** كيفك *How are you*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:54:51 UTC
**Deleted** false
**Body** لحمدالله *Praise to God*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:54:57 UTC
**Deleted** false
**Body** رواق *Quiet*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:55:00 UTC
**Deleted** false
**Body** انت *You*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-24 23:55:16 UTC

**Deleted** false
**Body** الحمدالله مشتقلك *Praise to God I miss you*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-24 23:55:28 UTC
**Deleted** false
**Body** كل شي تمام *Everything is fine*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:55:30 UTC
**Deleted** false
**Body** طمني *Put my mind at ease*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:55:36 UTC
**Deleted** false
**Body** ايه *Yeah*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-24 23:55:38 UTC
**Deleted** false
**Body** رواق *Quiet*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:55:55 UTC
**Deleted** false
**Body** كيف لعيله *How is the family*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:56:24 UTC
**Deleted** false
**Body** ولديت *Did she give birth*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-24 23:57:06 UTC
**Deleted** false
**Body** لا بعد والله *Not yet by God*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-24 23:57:38 UTC
**Deleted** false

**Body**

بس قريبا انشاءالله *But soon God Willing*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:57:41 UTC
**Deleted** false
**Body** نشاء الله بلسلامه *God Willing it will be fine*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-24 23:57:47 UTC
**Deleted** false
**Body** انا هيدا رقمي هون *This is my number here*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-24 23:57:59 UTC
**Deleted** false
**Body** 0013195737426

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-24 23:58:13 UTC
**Deleted** false
**Body** كيفم انتي *How are you*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:58:19 UTC
**Deleted** false
**Body** اوكي *Okay*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-24 23:58:19 UTC
**Deleted** false
**Body** شو الاخبار *What's up*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:58:39 UTC
**Deleted** false
**Body** كلو تمام *All is well*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:59:35 UTC
**Deleted** false
**Body** على حطيت ايدك *The way you left it before*

**Recipients**
Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-24 23:59:43 UTC
**Deleted** false
**Body** ناطرك *I'm waiting for you*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:00:20 UTC
**Deleted** false
**Body** بس هل مره راسي راسك *But this time we're butting heads*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:00:52 UTC
**Deleted** false
**Body** فهمت كيف *Do you understand*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:01:17 UTC
**Deleted** false
**Body** متل ما بدك *As you wish*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:01:50 UTC
**Deleted** false
**Body** ليك وصاك على شي *Hey did he ask you for something*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:02:17 UTC
**Deleted** false
**Body** ايه شريك هيك احسن *Yeah partner it's better like this*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:02:54 UTC
**Deleted** false
**Body** انا بظبت لوضع *I shall fix the situation*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:03:24 UTC
**Deleted** false
**Body** يكون افضل *It would be better*

**Recipients** AbouHaydar Yassine (100002594503606)

Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:03:25 UTC
**Deleted** false
**Body** انا صراحة بدي نستفيد *Frankly I want us to benefit*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:03:25 UTC
**Deleted** false
**Body** نحنا التنين *Both of us*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:03:59 UTC
**Deleted** false
**Body** هيديك لمره انا طلعت على خذوق *Last time I got screwed*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:04:16 UTC
**Deleted** false
**Body** والله لعظيم *By God the Almighty*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:04:57 UTC
**Deleted** false
**Body** انا بدي ياك تستفيد ة اناكامان استفيد *I want you to benefit (ILL) I benefit too*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:05:15 UTC
**Deleted** false
**Body** طبعن *Of course*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:05:22 UTC
**Deleted** false
**Body** لازيم *It should*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:05:24 UTC
**Deleted** falsez
**Body** و انا اطلعت على خازوق *And I got screwed*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:05:51 UTC

**Deleted** false
**Body** بسيطا تعلمنا *It's okay we learned*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:06:21 UTC
**Deleted** false
**Body** صحيح *True*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:06:22 UTC
**Deleted** false
**Body** نشاء الله خير *God Willing it's good*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:06:37 UTC
**Deleted** false
**Body** انا ماشي الحال شغال هون عال المصبوط *I'm doing well I work here (ILL)*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:06:49 UTC
**Deleted** false
**Body** عم لم بضاعه *I'm picking up merchandise*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:07:15 UTC
**Deleted** false
**Body** ايه منح عرفت شو بدك تجيب *Yeah, good, do you know what you will bring*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:07:29 UTC
**Deleted** false
**Body** تقريبا *Almost*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:08:07 UTC
**Deleted** false
**Body** اوكي اذا بدك شي يتلعاسد *Okay if you want anything ask me*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:08:17 UTC
**Deleted** false

**Body**
جبت بضاعه حلوة
*I brought nice merchandise*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:08:29 UTC
**Deleted** false
**Body** انتو شو بدكن *What do you want?*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:08:36 UTC
**Deleted** false
**Body** Good

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:08:41 UTC
**Deleted** false
**Body** 42 جبتglock *(ILL)*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:08:56 UTC
**Deleted** false
**Body** هيدا اجدد شي بالسوق *This is the latest in the market*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:09:00 UTC
**Deleted** false
**Body** كتير منيح *Very well*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:09:23 UTC
**Deleted** false
**Body** مع مشاطون *With their magazines*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:09:33 UTC
**Deleted** false
**Body** اكيد *Sure*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:09:49 UTC
**Deleted** false
**Body** ليك ما تجيب خرطوش
*Hey do not bring cartridges*

**Recipients**
AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:10:03 UTC
**Deleted** false
**Body** انتو شو بدكن بالصبت *What do you exactly want*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:10:12 UTC
**Deleted** false
**Body** في كل شي هو *He's into everything*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:10:16 UTC
**Deleted** false
**Body** بدي شي يجيب سعر صراحة *I frankly want something that will bring a good price*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:10:31 UTC
**Deleted** false
**Body** Baby eagle جبت كمان *I also brought*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:10:41 UTC
**Deleted** false
**Body** بس انتو شو بدكن *However what do you want*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:11:03 UTC
**Deleted** false
**Body** هودي لي جبتون *Why do you bring these*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:11:23 UTC
**Deleted** false
**Body** بيعملو فلوس *They make money*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:11:45 UTC
**Deleted** false
**Body** 42 قدي الglock

**Recipients** Bassem Herz (71804612)

AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:12:06 UTC
**Deleted** false
**Body** اذا جيبون رخاص *If you bought them cheap*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:12:13 UTC
**Deleted** false
**Body** هيدا ما في منن عل توصاي *These are not available as special order*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:12:14 UTC
**Deleted** false
**Body** وجداد *And they're new*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:12:26 UTC
**Deleted** false
**Body** جداد كلن *They're all new*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:12:59 UTC
**Deleted** false
**Body** بيني وبينك والله لعظيم *Between us, I swear to God the Almighty*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:13:23 UTC
**Deleted** false
**Body** وحياه هل شهر لفضيل *I swear on this preferred month*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:13:37 UTC
**Deleted** false
**Body** صادق والله *Truthful by God*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:13:48 UTC
**Deleted** false
**Body** يداءب لواحد *(ILL) for someone*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:14:13 UTC

**Deleted** false
**Body** ما فهمت *I didn't understand*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:14:56 UTC
**Deleted** false
**Body** B2ade 7a2 Iwa7d *I want (ILL) for someone*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:14:57 UTC
**Deleted** false
**Body** يا خيي انت خبرني شو بدك و انا بجبلك *Oh brother you tell me what you want and I shall get you*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:15:11 UTC
**Deleted** false
**Body** Hawnik *Over there*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:15:24 UTC
**Deleted** false
**Body** Hode lejbton *Why did you get these*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:15:32 UTC
**Deleted** false
**Body** غالبين *They're expensive*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:15:45 UTC
**Deleted** false
**Body** Ta2riban *Almost*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:16:07 UTC
**Deleted** false
**Body** La elak ade bynbe3 hon *Let me tell you how much it sells here*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:16:26 UTC
**Deleted** false
**Body**
هو الصعب جيباتن مش المهم ادي حق *It is difficult to get them it is not important how much they cost*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:16:28 UTC
**Deleted** false
**Body** Lek jeb kambeer *Look he brought a few beer*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:16:41 UTC
**Deleted** false
**Body** Ma bade jeeb kamber *I want to bring a few beer*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:16:49 UTC
**Deleted** false
**Body** Leh *Why*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:17:02 UTC
**Deleted** false
**Body** Galee w ma 3taytone fe se3er b lebna *Expensive and I didn't give them a price for them*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:17:11 UTC
**Deleted** false
**Body** 3refet keef *You see*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:17:32 UTC
**Deleted** false
**Body** Kteer gale w so3ro ya balaeesh akhadtoo *It's very expensive and I bought it at a very cheap price*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:17:38 UTC
**Deleted** false
**Body** Hal mara ana ra7 bi3 *This time I'm going to sell*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:18:13 UTC
**Deleted** false
**Body** Bazboot bas hayderk l mara ans dafe3 fee d ma into dafa3tole fee 3refet keef *True but last time (ILL) paid a fee as much as you paid him a fee you see*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:18:16 UTC
**Deleted** false
**Body** Fe wa7ad esmo body ghard *There is someone called body guard*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:18:21 UTC
**Deleted** false
**Body** Kimber kteef gale *A few beers are expensive*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:18:28 UTC
**Deleted** false
**Body** Jebet menno kteer *I got a lot from him*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:18:36 UTC
**Deleted** false
**Body** W fee menno bakar Kaman *It comes in beef as well*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:18:45 UTC
**Deleted** false
**Body** 5alas bale *That's it (ILL)*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:18:59 UTC
**Deleted** false
**Body** Ana le 3am es2alak *I'm the one asking you*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:19:19 UTC
**Deleted** false
**Body** B2ade lwa7ad men lglog *(ILL)*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:19:23 UTC
**Deleted** false
**Body** Asde l body guard jebet menno kteef *I mean I got a lot from the body guard*

**Recipients** AbouHaydar Yassine (100002594503606)

Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:19:35 UTC
**Deleted** false
**Body** W jebet glock 19 gen 4 *I brought (ILL)*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:19:51 UTC
**Deleted** false
**Body** Hayda b2ade *This is after me*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:19:55 UTC
**Deleted** false
**Body** Hebet bda3a 7ekwe kteef *I liked a merchandise that is very pretty*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:20:09 UTC
**Deleted** false
**Body** 7elwe *Nice*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:20:11 UTC
**Deleted** false
**Body** La elak ade hon *Let me tell you how much it is here*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:20:46 UTC
**Deleted** false
**Body** Ana khayee fade bade istafeed sara7a *I am available, my brother I want to benefit frankly speaking*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:20:52 UTC

**Deleted** false
**Body** W inta Kaman *And you too*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:21:12 UTC
**Deleted** false
**Body** 3am elak hal mara gher *I'm telling you this time it's different*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:21:17 UTC

**Deleted** false
**Body** Fa iza badak ne7na bneshtegel sawa *So if you want we shall work together*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:21:26 UTC
**Deleted** false
**Body** Eh *Yeah*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:21:39 UTC
**Deleted** false
**Body** Ma 3end machkal *I don't have any problem*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:21:55 UTC
**Deleted** false
**Body** Sra7a inta insan mo7taram *Frankly you are a respectful person*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:22:20 UTC
**Deleted** false
**Body** Khalas lakan izz badak she 2eke ana bjeebo *So if you want anything tell me and I shall get it*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:22:23 UTC
**Deleted** false
**Body** Habibi allaah y5alik ya rab *My dear may God preserve you oh Lord*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:22:37 UTC
**Deleted** false
**Body** 3refet keef 2eley sho badak w ana bjeebo *You see, tell me whatever you want and I shall get it*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:23:40 UTC
**Deleted** false
**Body** Lek chrek chu btle2e chi 7lo wmayaz wma ykoun ghale jebo *Hey partner if you find something nice and distinctive and inexpensive as well please get it*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:23:48 UTC
**Deleted** false

**Body**

Klo bynbe3
*It all sells out.*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:24:34 UTC
**Deleted** false
**Body** Lek ana l7aj ma ra7 elo *Hey I'm not going to tell the hajj*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:24:54 UTC
**Deleted** false
**Body** Ana brawo7on *I shall sell them out*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:25:24 UTC
**Deleted** false
**Body** Ana ghlotot haydik lmara *I was mistaken last time*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:25:37 UTC
**Deleted** false
**Body** Ok metel ma badak *Ok as you wish*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:25:45 UTC
**Deleted** false
**Body** Ana b khedmtak *I'm at your service*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:26:10 UTC
**Deleted** false
**Body** 5alass tkel 3ala allaah *That's it rely on God*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:27:02 UTC
**Deleted** false
**Body** Lak ele lglok b2ade barke b2laak jeb kel lbda3a glok *Hey (ILL) maybe I'll go and get (ILL) merchandise*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:27:25 UTC
**Deleted** false
**Body** Ma 3am elak badna bchrghil *I've been telling you (ILL)*

**Recipients**
Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:28:04 UTC
**Deleted** false
**Body** B2elak eza btwafe *I will tell you if it's worth it*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-25 00:30:07 UTC
**Deleted** false
**Body** Inta ade btakhod mene l glock b lebnan *How much will you charge me (ILL) in Lebanon*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:32:03 UTC
**Deleted** false
**Body** 7asab kel wa7ad elo se3er *It depends to each its price*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:32:52 UTC
**Deleted** false
**Body** 18 g4 chi 3750 *18g4 is approximately 3750*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:33:08 UTC
**Deleted** false
**Body** Hayda hek bi3o *This one you sell like this*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:33:18 UTC
**Deleted** false
**Body** Ana lal tjer *I'm the businessman*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:33:29 UTC
**Deleted** false
**Body** Mni7 *Good*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:33:55 UTC
**Deleted** false
**Body** Hwe hawnik ma 7a2o hal2ad *Over there it doesn't cost that much*

**Recipients** Bassem Herz (71804612)

AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-25 00:34:04 UTC
**Deleted** false
**Body** Mazbout *Correct*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-07-28 21:43:37 UTC
**Deleted** false
**Body** كل عيد وانت بخير *Happy holidays*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-28 22:56:29 UTC
**Deleted** false
**Body** W 8nta bkherr ya sa7be *The same to you my friend*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-07-28 22:57:26 UTC
**Deleted** false
**Body** W 3ala 3ayltak ya rab *And to your family as well*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-11-21 07:12:43 UTC
**Deleted** false
**Body** Bonjour *Good morning*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-11-22 04:09:07 UTC
**Deleted** false
**Body** Bonjoureen *Good morning to you*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-11-22 18:51:40 UTC
**IP** 92.62.170.83
**Deleted** false
**Body**
**Attachments** sticker.png (722697531160057)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=722697531160057&mid=mid.1416682300695%3A981264d6d7e2ce5e62&uid=71804612&accid=71804612&preview=0&hash=AQCSXjW6HFGNjlCbxHUQA3m15OUcA0ikLYAoK_DMCrwNeg

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-11-22 18:52:53 UTC
**Deleted** false
**Body** Habibi rayiss chu wen ma 3am nsma3 sawtak hada mza3laak chi *Hey boss why we're not hearing from you did anyone upset you*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-11-22 20:47:18 UTC
**Deleted** false
**Body** Lah ya lhayee 3a rasi wala bas wala ashgal w heek *No my brother it's okay with me by God I have been busy etc*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-11-22 20:47:26 UTC
**Deleted** false
**Body** Keefak w sho akhbarak *How are you and what are you doing*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:14:51 UTC
**Deleted** false
**Body** Hi

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:15:14 UTC
**Deleted** false
**Body** Hayeen *Hi twice*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:15:19 UTC
**Deleted** false
**Body** Keefak haj *How are you hajj*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:15:42 UTC
**Deleted** false
**Body** Walaaaw 5ayak Isgher ana *Come on I'm your younger brother*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:16:18 UTC

[redacted]

**Deleted** false
**Body** Kifak kifo hayoura *How are you How is (ILL)*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:16:36 UTC
**Deleted** false
**Body** 3a rase inta ya haj *It's fine with me oh haj*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:16:38 UTC
**Deleted** false
**Body** Haydora *(ILL)*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:16:53 UTC
**Deleted** false
**Body** Khayee l kbeer walaw 2eemtak kbeere *My big brother your value is high*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:16:57 UTC
**Deleted** false
**Body** Mashe l 7al *It's fine*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:17:03 UTC
**Deleted** false
**Body** L hamdela kel she tamam *Praise to God everything is fine*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:17:23 UTC
**Deleted** false
**Body** Habibi wallaah hek l3atab ad lmhabe *My dear by God a friendly reproach equals affection*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:17:23 UTC
**Deleted** false
**Body** Inta keefak *How are you*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:17:35 UTC
**Deleted** false

**Body**
Lhamdellaaah
*Praise to God*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:17:55 UTC
**Deleted** false
**Body** Sho l akhbar *What's up*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:18:03 UTC
**Deleted** false
**Body** Kelo tamem *All is well*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:18:09 UTC
**Deleted** false
**Body** Eh wala *Yeah by God*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:18:23 UTC
**Deleted** false
**Body** Mchta2laak *I miss you*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:18:46 UTC
**Deleted** false
**Body** Kifo lhaj ali salmlee 3leee *How is haj Ali give him my regards*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:18:55 UTC
**Deleted** false
**Body** Alah ysalmak *May God Keep you safe*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:19:17 UTC
**Deleted** false
**Body** Mashe 7aloo wosel men she joma3a ta2reeban *He's fine he arrived approximately a week ago*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:19:17 UTC
**Deleted** false
**Body** Habibi ya rayiss *You are dear to me oh boss*

**Recipients**
Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:19:32 UTC
**Deleted** false
**Body** Eh ba3riff *Yeah I know*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:19:46 UTC
**Deleted** false
**Body** Tlo3et la 3endo *I went to him*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:20:05 UTC
**Deleted** false
**Body** Eh mazboot khaberne *Yeah it's true he told me*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:20:17 UTC
**Deleted** false
**Body** Leesh 3azabto 7alkon *Why did you bother so much*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:20:31 UTC
**Deleted** false
**Body** Habibi *My dear*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:20:51 UTC
**Deleted** false
**Body** Eh wala *Yeah by God*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:21:05 UTC
**Deleted** false
**Body** Wala ana balashet shegel *By God I started work*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:21:25 UTC
**Deleted** false
**Body** 3am lem *I'm collecting*

**Recipients** Bassem Herz (71804612)

AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2014-12-11 18:45:11 UTC
**Deleted** false
**Body** Yalaa allaah ywafe2 *Come on may God grant you success*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2014-12-11 18:46:26 UTC
**Deleted** false
**Body** La nsafe2 *Let's (ILL)*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-02-28 21:28:00 UTC
**Deleted** false
**Body** SalAm *Greetings*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-02-28 21:28:11 UTC
**Deleted** false
**Body** Kifo abo haydar *How is Abou Haydar*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-02-28 21:28:49 UTC
**Deleted** false
**Body** Waynaaak bet ghib *Where have you been*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-02-28 21:37:13 UTC
**Deleted** false
**Body** Bassem

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 04:38:33 UTC
**Deleted** false
**Body** Habibi *My dear*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 04:38:37 UTC
**Deleted** false
**Body** Keefak *How are you*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 09:43:42 UTC

**Deleted** false
**Body** Bonjour *Good morning*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 09:43:55 UTC
**Deleted** false
**Body** Aymtan jet *When did you come*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 09:44:46 UTC
**Deleted** false
**Body** Wallaah mechta2laak *By God I miss you*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:27:45 UTC
**Deleted** false
**Body** Alo *Hello*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:49:38 UTC
**Deleted** false
**Body** Hala saba7o ya lhayee *Hi Good morning oh brother*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:49:49 UTC
**Deleted** false
**Body** Wala hoon l sa3a 4:30 l fajer *By God here it's 4:30 in the early morning*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:49:54 UTC
**Deleted** false
**Body** Keefak *How are you*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:50:12 UTC
**Deleted** false
**Body** Habibi *My dear*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:50:17 UTC
**Deleted** false

**Body**
Miss u

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:50:31 UTC
**Deleted** false
**Body** Wala ana bel altar *By God I am (ILL)*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:50:39 UTC
**Deleted** false
**Body** Keefak inta sho akhbarak *How are you what are you up to*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:50:55 UTC
**Deleted** false
**Body** Wen ma 3am bsma3 sawtak *How come I don't hear from you*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:51:10 UTC
**Deleted** false
**Body** Ya sa7be madgoot wala *Oh my friend I'm under pressure*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:51:23 UTC
**Deleted** false
**Body** Samallaah hal sgher *God bless this little one*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:51:28 UTC
**Deleted** false
**Body** Bijanin *He's out of this world*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:51:33 UTC
**Deleted** false
**Body** Teslamle *God bless you*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:51:53 UTC
**Deleted** false
**Body** Mabrook ijak banoot metel l 2amar yeljzel3een
*Congratulations you had a baby girl who's most beautiful*

**Recipients**
Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:51:53 UTC
**Deleted** false
**Body** Chu ghayaret ra2mak *Did you change your number*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:52:07 UTC
**Deleted** false
**Body** Lah wala ba3do *No by God he is still*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:52:08 UTC
**Deleted** false
**Body** Habib albe *My sweetheart*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:52:25 UTC
**Deleted** false
**Body** 3am de2lak *I'm calling you*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:52:36 UTC
**Deleted** false
**Body** Viber

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:53:02 UTC
**Deleted** false
**Body** Maba3ref ana bde2elak bokra bas fee2 men l noom *I don't know I shall call you tomorrow when I wake up*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:53:14 UTC
**Deleted** false
**Body** Habibi *My dear*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:53:16 UTC
**Deleted** false
**Body** Ok

**Recipients** AbouHaydar Yassine (100002594503606)

Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:53:36 UTC
**Deleted** false
**Body** Waal yhemak bas fe2et bade oshrab la2ytak 7akene *Don't worry when I woke up and wanted to drink I saw that you called me*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:53:37 UTC
**Deleted** false
**Body** Ana wallaah kent mfaker enak jet *By God I thought that you had come*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:53:41 UTC
**Deleted** false
**Body** 3a rase ya haj *Okay then, oh hajj*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:53:58 UTC
**Deleted** false
**Body** Lah wala ba3dne mashgool *No by God I'm still busy*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:55:21 UTC
**Deleted** false
**Body** Bawsel haydoura *Kiss haydoura (?) for me*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:55:57 UTC
**Deleted** false
**Body** Wosel *Received*

**Recipients** AbouHaydar Yassine (100002594503606)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2015-03-01 10:56:05 UTC
**Deleted** false
**Body** Tosba7 3a kheer *Good night*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-01 10:56:30 UTC
**Deleted** false
**Body** Enta men 2ahlo *You are a relative*

**Recipients** Bassem Herz (71804612)
AbouHaydar Yassine (100002594503606)
**Author** AbouHaydar Yassine (100002594503606)
**Sent** 2015-03-16 12:41:33 UTC

**Deleted** false
**Body** Abou haydar

(id.297487013604400)

**Recipients** Bassem Herz (71804612)
Fadi Harkous (100002964840464)
**Author** Fadi Harkous (100002964840464)
**Sent** 2011-11-08 20:46:55 UTC
**Deleted** true
**Body**

**Recipients** Fadi Harkous (100002964840464)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2011-11-08 20:47:19 UTC
**Deleted** true
**Body**

**Recipients** Fadi Harkous (100002964840464)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2011-11-08 20:47:19 UTC
**Deleted** true
**Body**

**Recipients** Bassem Herz (71804612)
Fadi Harkous (100002964840464)
**Author** Fadi Harkous (100002964840464)
**Sent** 2011-11-08 20:49:00 UTC
**Deleted** true
**Body**

**Recipients** Fadi Harkous (100002964840464)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2011-11-08 20:49:32 UTC
**Deleted** true
**Body**

**Recipients** Fadi Harkous (100002964840464)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2011-11-08 20:49:44 UTC
**Deleted** true
**Body**

**Recipients** Fadi Harkous (100002964840464)
Bassem Herz (71804612)
**Author** Bassem Herz (71804612)
**Sent** 2011-11-08 20:49:50 UTC
**Deleted** true
**Body**

**Recipients** Bassem Herz (71804612)
Fadi Harkous (100002964840464)
**Author** Fadi Harkous (100002964840464)